Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000138
27-MAY-2011
08:18 AM

NO. CAAP-10-0000138

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
WILLIAM DOHERTY, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DTP-10-004680)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant William Doherty (Appellant) filed a notice of appeal on November 9, 2010; (2) on December 28, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the jurisdictional statement was due on January 6, 2011, and the opening brief was due on February 7, 2011; (3) Appellant did not file the statement of jurisdiction or the opening brief; (4) on April 27, 2011, the appellate clerk informed Appellant that: (a) the time to file the statement of

jurisdiction and the opening brief had expired; (b) the matter would be brought to the attention of the court on May 9, 2011 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the statement of jurisdiction and opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, May 27, 2011.


Chief Judge


Associate Judge


Associate Judge